JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADE JESSIE WARREN, | Case No. EDCV 17-0338-CAS (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. CASTELLO, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 3, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE